UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ DEC 0 4 2017 ★

BROOKLYN OFFICE

———————————————————X

CIOE INVESTMENTS INC., Individually and
on behalf of all others similarly situated,

          Plaintiff,

v.

HEALTH INSURANCE INNOVATIONS,
INC., GAVIN D. SOUTHWELL, and
MICHAEL D. HERSHBERGER,

          Defendants.

———————————————————X

Case No. 1:17-cv-05316-NG-ST

**STIPULATION AND ORDER**

      WHEREAS the following three related securities fraud class actions (the "Actions") have been filed in three different District Courts:

- *Cioe Investments Inc., Individually and on behalf of all others similarly situated v. Health Insurance Innovations, Inc., Gavin D. Southwell, and Michael D. Hershberger*, United States District Court for the Eastern District of New York, Case No. 1:17-cv-05316-NG-ST (the "EDNY Action"),

- *Michael Vigorito, Individually and On Behalf of All Others Similarly Situated, v. Health Insurance Innovations, Inc., Gavin Southwell, and Michael D. Hershberger*, United States District Court for the Southern District of New York, Case No. 1:17-cv-06962-WHP (the "SDNY Action"), and

- *Shilpi Kavra, Individually and on Behalf of All Others Similarly Situated v. Health Insurance Innovations, Inc., Patrick R. Mcnamee, Gavin D. Southwell, and Michael D. Hershberger*, United States District Court for the Middle District of Florida, Case No. 8:17-cv-02186-EAK-MAP (the "MDFL Action");

      WHEREAS pursuant to the Private Securities Litigation Reform Act of 1995, it is anticipated that the Actions will eventually be consolidated, lead plaintiff and lead counsel will be appointed, and a Consolidated Complaint will be filed;

      WHEREAS the EDNY Action and the SDNY Action could have been brought in the Middle District of Florida;

WHEREAS, pursuant to 28 U.S.C. §1404(a), the Middle District of Florida is a more convenient District for the Parties and witnesses than the Southern District of New York or Eastern District of New York, and the transfer of the SDNY and EDNY Actions to the Middle District of Florida would promote judicial economy and the interests of justice; and

WHEREAS all counsel appearing in the Actions consent to the relief requested herein;

IT IS HEREBY STIPULATED AND AGREED by and among Plaintiff Cioe Investments Inc., individually and on behalf of all others similarly situated, and Defendants Health Insurance Innovations, Inc., Gavin Southwell, and Michael D. Hershberger, that the EDNY Action should be transferred to the Middle District of Florida.

Dated: New York, New York
      November __, 2017

| ROSEN LAW FIRM, P.A. P.C. | FOLEY & LARDNER LLP |
|---|---|
| By: /s/ Phillip Kim | By: /s/ Robert Scher |
| Laurence M. Rosen | Robert A. Scher |
| Phillip Kim | 90 Park Avenue |
| 275 Madison Avenue, Suite 3400 | New York, New York 10016 |
| New York, NY 10116 | Tel.: (212) 682-7474 |
| Tel.: 212-686-1060 | Fax: (212) 687-2329 |
| Fax: 212-202-3827 | Email: rscher@foley.com |
| Email: lrosen@rosenlegal.com | |
|       pkim@rosenlegal.com | *Counsel for Defendants Health Insurance Innovations, Inc., Gavin Southwell, and Michael D. Hershberger* |
| *Counsel for Plaintiff Cioe Investments Inc.* | |

**SO ORDERED**

                                                      /s/ Nina Gershon
                                                     Judge Nina Gershon
                                                     United States District Judge

Dated: New York, New York
      ~~November~~ __, 2017
      December 4